UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES OLIVER,

                            Plaintiff,

                                                                               ORDER
       v.                                                         13-CV-490A

CAPTAIN GILMORE,

                            Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 16, 2014, Magistrate Judge Scott filed a Report and Recommendation, recommending that the defendant's motion for summary judgment (Dkt. No. 20) be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the defendant's motion for summary judgment (Dkt. No. 20) is granted.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   November 13, 2014